JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Lynn Amodeo**, | Case No.: EDCV 17-766-GW(PLAx) |
| Plaintiff, | **Order re: Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| v. | |
| **Kyongho Pak dba Haru Sushi; Miran Pak dba Haru Sushi**; and Does 1-10, | |
| Defendants. | |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 29, 2017          _____

GEORGE H. WU,
Unites States District Judge